Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **James M. Monkelis** | Case No. 11−24080−GLT |
| *Debtor(s)* | Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,** | |
| *Movant(s),* | |
| v. | Related to Document No. 52 |
| **No Respondents** | |
| *Respondent(s).* | Hearing Date: 11/2/16 at 11:00 AM |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

    *AND NOW,* this **29th day of August, 2016**, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 52 by the Chapter 13 Trustee,

    It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

    (1)  **On or before October 13, 2016**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2)  This Motion is scheduled for hearing on ***November 2, 2016 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

    (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

    *Gregory L. Taddonio, Judge*
    *United States Bankruptcy Court*

cm: All Parties Listed on The Clerk's Mailing Matrix

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 11-24080-GLT
James M. Monkelis                                                   Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2         User: dbas                 Page 1 of 2         Date Rcvd: Aug 29, 2016
                             Form ID: 604               Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2016.
db           +James M. Monkelis,   237 East Eugene Street,    Homestead, PA 15120-3240
cr           +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
cr           +PennyMac Loan Services, LLC,   c/o Aldridge Connors LLP,    780 Johnson Ferry Rd. NE,
               Suite 600,   Atlanta, GA 30342-1439
13109694     +American General Mortgage,    27001 Agoura Rd Ste 350,    Calabasas, CA 91301-5112
13115642    ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:  FIA CARD SERVICES, N.A.,    PO Box 15102,
               Wilmington, DE 19886-5102)
13109696     +Bank of America,   PO Box 15019,    Wilmington, DE 19886-5019
13109707    ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court:  Home Depot Credit Services,    Processing Center,
               Des Moines, IA 50364-0500)
13109698      Capital One,   PO Box 71083,    Charlotte, NC 28272-1083
13138154      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
               Charlotte, NC  28272-1083
13109699     +FIA Card Services,   PO Box 15019,    Wilmington, DE 19886-5019
13109700     +First Tennessee Bank,   Credit Inquiry Dept.,    Knoxville, TN 37995-0001
13109701     +Firstsource Advantage,   PO Box 628,    Buffalo, NY 14240-0628
13109702     +Francis S. Hallinan,   1617 John F. Kennedy Blvd Ste 1400,    One Penn Center Plaza,
               Philadelphia, PA 19103-1823
13109703     +GMAC Mortgage,   PO Box 4622,    Waterloo, IA 50704-4622
13109705      Greentree Financial Corp,   500 Landmark Towers,    Saint Paul, MN 55102
13109708     +HSBC Bank,   PO Box 5253,    Carol Stream, IL 60197-5253
13109706     +Hayt, Hayt & Landau,   Meridian Center I,    Two Industrial Way West,    PO Box 500,
               Eatontown, NJ 07724-0500
13109710     +Michael T. McKeever, Esquire,    701 Market Street,   Suite 5000,    Philadelphia, PA 19106-1541
13109711     +PaSCDU,   PO Box 69110,    Harrisburg, PA 17106-9110
13109712     +Pennymac Mortgage,   PO Box 535301,    Atlanta, GA 30353-5301
13201190      Verizon,   PO BOX 3037,    Bloomington, IL 61702-3037
13109715     +Verizon,   500 Technology Drive, Suite 300,    Weldon Springs, MO 63304-2225
13109716     +Verizon Wireless,   PO Box 25505,    Lehigh Valley, PA 18002-5505
13109717     +Wells Fargo,   PO Box 98791,    Las Vegas, NV 89193-8791

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 30 2016 02:11:22
               Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
               Houston, TX  77210-4457
cr            E-mail/PDF: rmscedi@recoverycorp.com Aug 30 2016 02:11:51
               Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
               Miami, FL  33131-1605
13109695     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 30 2016 02:14:33      Asset Acceptance Corp.,
               PO box 2036,   Warren, MI 48090-2036
13109709      E-mail/Text: cio.bncmail@irs.gov Aug 30 2016 02:13:57      IRS,   PO Box 7346,
               Philadelphia, PA 19101-7346
13736704      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 30 2016 02:12:01       LVNV Funding LLC,
               c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13619837      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 30 2016 02:27:36      Midland Funding LLC,
               by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
               Houston, TX  77210-4457
13109713     +E-mail/Text: bankruptcynotices@psecu.com Aug 30 2016 02:15:31      PSECU,   PO Box 67013,
               Harrisburg, PA 17106-7013
13121259      E-mail/PDF: rmscedi@recoverycorp.com Aug 30 2016 02:09:57
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13109693      E-mail/PDF: cbp@springleaf.com Aug 30 2016 02:11:31      American General Financial Services,
               PO Box 3251,   Evansville, IN 47731-3251
13109714      E-mail/PDF: cbp@springleaf.com Aug 30 2016 02:10:30      Springleaf Financial Services,
               PO Box 3251,   Evansville, IN 47731
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              American General Mortgage Loan Trust 2009-1
cr              Duquesne Light Company
cr*            LVNV Funding LLC,   c/o Resurgent Capital Services,    P.O. Box 10587,
               Greenville, SC  29603-0587
13133300*    +ASSET ACCEPTANCE LLC,   PO BOX 2036,    WARREN MI 48090-2036
13109697    ##+Bureau of Collection Recovery, LLC,    PO Box 9001,   Minnetonka, MN 55345-9001
13109704    ##+Gordon & Weinberg, PC,   1001 E. Hector Street, Ste. 220,    Conshohocken, PA 19428-2395
                                                                                  TOTALS: 2, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0315-2           User: dbas              Page 2 of 2            Date Rcvd: Aug 29, 2016
                               Form ID: 604            Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    American General Mortgage Loan Trust 2009-1
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brian C. Thompson    on behalf of Debtor James M. Monkelis bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 6