**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 11-24080-GLT |
| | ) | |
| James M. Monkelis, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Document No. |
| _____ | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. |
| | ) | |
| Applicant, | ) | |
| | ) | Hearing Date and Time: |
| vs. | ) | November 2, 2016 11:00 A.M. |
| | ) | |
| No Respondent. | ) | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtor is not required to pay any Domestic Support Obligations

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On October 4, 2016 at docket number 58, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by: Debtor carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.


Dated: October 4, 2016            s/ James M. Monkelis
                                  James M. Monkelis, Debtor

                                  Respectfully submitted,

Dated: October 4, 2016            /s/Brian C. Thompson, Esquire
                                  Brian C. Thompson
                                  PA ID: 91197
                                  Thompson Law Group, P.C.
                                  125 Warrendale-Bayne Road, Suite 200
                                  Warrendale, PA 15086
                                  (724) 799-8404 Telephone
                                  (724) 799-8409 Facsimile
                                  bthompson@thompsonattorney.com