**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   JAMES M. MONKELIS

      Debtor(s)

Ronda J. Winnecour
     Movant
   vs.
No Repondents.

Case No.:11-24080

Chapter 13

Related to Dkt. No. 52

FILED
10/18/16 11:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER OF COURT**

AND NOW, this __18th__ day of __October__, 20__16__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

Prepared by: __Ronda J. Winnecour, Esq.__

**DEFAULT ENTRY**

Dated: __October 18, 2016__

_____ jah
Gregory L. Taddonio
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 11-24080-GLT
James M. Monkelis                                                     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: amaz    Page 1 of 2    Date Rcvd: Oct 18, 2016
                  Form ID: pdf900    Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2016.
```
db         +James M. Monkelis,    237 East Eugene Street,    Homestead, PA 15120-3240
cr         +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
             Pittsburgh, PA 15212-5860
cr         +PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,    780 Johnson Ferry Rd. NE,
             Suite 600,   Atlanta, GA 30342-1439
13109694   +American General Mortgage,    27001 Agoura Rd Ste 350,    Calabasas, CA 91301-5112
13115642  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:   FIA CARD SERVICES, N.A.,    PO Box 15102,
             Wilmington, DE 19886-5102)
13109696   +Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019
13109707  ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court:   Home Depot Credit Services,    Processing Center,
             Des Moines, IA 50364-0500)
13109698    Capital One,    PO Box 71083,    Charlotte, NC 28272-1083
13138154    Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
             Charlotte, NC  28272-1083
13109699   +FIA Card Services,    PO Box 15019,    Wilmington, DE 19886-5019
13109700   +First Tennessee Bank,    Credit Inquiry Dept.,    Knoxville, TN 37995-0001
13109701   +Firstsource Advantage,    PO Box 628,    Buffalo, NY 14240-0628
13109702   +Francis S. Hallinan,    1617 John F. Kennedy Blvd Ste 1400,    One Penn Center Plaza,
             Philadelphia, PA 19103-1823
13109703   +GMAC Mortgage,    PO Box 4622,    Waterloo, IA 50704-4622
13109705    Greentree Financial Corp,    500 Landmark Towers,    Saint Paul, MN 55102
13109708   +HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
13109706   +Hayt, Hayt & Landau,    Meridian Center I,    Two Industrial Way West,    PO Box 500,
             Eatontown, NJ 07724-0500
13109710   +Michael T. McKeever, Esquire,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13109711   +PaSCDU,    PO Box 69110,    Harrisburg, PA 17106-9110
13109712   +Pennymac Mortgage,    PO Box 535301,    Atlanta, GA 30353-5301
13201190    Verizon,    PO BOX 3037,    Bloomington, IL 61702-3037
13109715   +Verizon,    500 Technology Drive, Suite 300,    Weldon Springs, MO 63304-2225
13109716   +Verizon Wireless,    PO Box 25505,    Lehigh Valley, PA 18002-5505
13109717   +Wells Fargo,    PO Box 98791,    Las Vegas, NV 89193-8791
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 19 2016 01:58:42
             Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
             Houston, TX  77210-4457
cr          E-mail/PDF: rmscedi@recoverycorp.com Oct 19 2016 01:59:18
             Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
             Miami, FL  33131-1605
13109695   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 19 2016 02:03:13      Asset Acceptance Corp.,
             PO box 2036,    Warren, MI 48090-2036
13109709    E-mail/Text: cio.bncmail@irs.gov Oct 19 2016 02:02:49      IRS,    PO Box 7346,
             Philadelphia, PA 19101-7346
13736704    E-mail/PDF: resurgentbknotifications@resurgent.com Oct 19 2016 01:59:21      LVNV Funding LLC,
             c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13619837    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 19 2016 01:59:26      Midland Funding LLC,
             by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
             Houston, TX  77210-4457
13109713   +E-mail/Text: bankruptcynotices@psecu.com Oct 19 2016 02:03:40      PSECU,    PO Box 67013,
             Harrisburg, PA 17106-7013
13121259    E-mail/PDF: rmscedi@recoverycorp.com Oct 19 2016 01:59:19
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
13109693    E-mail/PDF: cbp@onemainfinancial.com Oct 19 2016 01:59:11
             American General Financial Services,    PO Box 3251,    Evansville, IN 47731-3251
13109714    E-mail/PDF: cbp@onemainfinancial.com Oct 19 2016 01:59:49      Springleaf Financial Services,
             PO Box 3251,    Evansville, IN 47731
                                                                                              TOTAL: 10
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr          American General Mortgage Loan Trust 2009-1
cr          Duquesne Light Company
cr*        +LVNV Funding LLC,    c/o Resurgent Capital Services,    P.O. Box 10587,
             Greenville, SC  29603-0587
13133300*  +ASSET ACCEPTANCE LLC,    PO BOX 2036,    WARREN MI 48090-2036
13109697   ##+Bureau of Collection Recovery, LLC,    PO Box 9001,    Minnetonka, MN 55345-9001
13109704   ##+Gordon & Weinberg, PC,    1001 E. Hector Street, Ste. 220,    Conshohocken, PA 19428-2395
                                                                                  TOTALS: 2, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0315-2          User: amaz               Page 2 of 2            Date Rcvd: Oct 18, 2016
                              Form ID: pdf900          Total Noticed: 34
```

             ***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2016                                        Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   American General Mortgage Loan Trust 2009-1
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brian C. Thompson    on behalf of Debtor James M. Monkelis bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 6